IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER LaFOGG,         )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:22cv422-MHT
                            )              (WO)
CHRISTOPHER McKAY,          )
                            )
    Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendant had violated plaintiff's constitutional right to a criminal trial. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of April, 2023.

                                                /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**